UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANK HUGH COLTON                                    Civil No. 05-1868-PK

    Petitioner,                                            ORDER

    v.

GUY HALL,

    Respondent.

HAGGERTY, Chief Judge:

    Magistrate Judge Papak issued a Findings and Recommendation (F&R) [35] in this action, recommending that petitioner's petition for writ of habeas corpus [1] be denied. On May 5, 2008, the matter was referred to this court. When a party objects to any portion of a Findings and Recommendation, the district court must conduct a *de novo* review of that Findings and

1    - ORDER

Recommendation. 28 U.S.C. § 636(b)(1)(B); *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

The Findings and Recommendation provided a thorough analysis of the facts. This factual analysis is not objected to by petitioner, and need not be repeated here.

The objections were filed in a timely manner. Petitioner does not challenge the material facts set forth in the Findings and Recommendation, nor does petitioner contend that the wrong legal standards were applied to his claims. Instead, petitioner rehashes arguments made in his habeas petition. Petitioner's objections have been scrutinized. The court has given the file of this case a *de novo* review, and has also carefully evaluated the Findings and Recommendation, the objections, and the entire record.

The reasoning and recommendations are sound, correct, and entitled to adoption. Accordingly, the Findings and Recommendation [35] is adopted in full, and petitioner's petition for writ of habeas corpus [1] is DENIED and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated this  29  day of May, 2008.

                                              /s/ Ancer L. Haggerty
                                                  Ancer L. Haggerty
                                        United States District Judge

2      - ORDER